IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02535-RPM

CANAL UNO TV - RELAD, S.A., an Ecuadorian Corporation,

      Plaintiff,

v.

DISH NETWORK, LLC, A Colorado Limited Liability Company, and
DISH NETWORK CORPORATION, a Nevada Corporation,

      Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **February 26, 2010, at**

**2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with

the Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch

Procedures) and use the format provided with those instructions (Rev. 1/08).  The

proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on February 18, 2010.**

    The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.

    Dated:   December 21st, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge