IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02535-RPM

CANAL UNO TV - RELAD, S.A., an Ecuadorian Corporation,

    Plaintiff,

v.

DISH NETWORK, LLC, A Colorado Limited Liability Company, and
DISH NETWORK CORPORATION, a Nevada Corporation,

    Defendants.

---

ORDER DISMISSING THIRD, FOURTH, SIXTH AND SEVENTH CLAIMS FOR RELIEF

---

Upon consideration of the defendants' motion to dismiss claims three through seven, filed December 18, 2009, and the plaintiff's response, filed January 8, 2010, it is

ORDERED that claims three, four, six and seven of the complaint are dismissed for failure to state a claim upon which relief can be granted, pursuant to Fed.R.Civ.P. 12(b)(6) and it is

FURTHER ORDERED that the defendants' motion to dismiss the fraud claim in the fifth claim for relief is denied.

Dated:   January 12th, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge