IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02535-RPM

CANAL UNO TV-RELAD, S.A., An Ecuadorian Corporation,

    Plaintiff,

v.

DISH NETWORK L.L.C., A Colorado Limited Liability Company, and
DISH NETWORK CORPORATION, A Nevada Corporation,

    Defendants.

---

## ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated: April 8th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge