IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02535-RPM

CANAL UNO TV - RELAD, S.A., an Ecuadorian Corporation,

      Plaintiff,

v.

DISH NETWORK, LLC, A Colorado Limited Liability Company, and
DISH NETWORK CORPORATION, a Nevada Corporation,

      Defendants.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT AND JOINT MOTION TO
SUSPEND  DEADLINES WHILE ADDITIONAL PARTIES ARE SERVED AND TO
EXTEND DISH'S DEADLINE TO ANSWER FIRST AMENDED COMPLAINT
_____

Upon consideration of the motion to amend complaint [27], the notice of updated

conference on the motion to amend the complaint [28], and the joint motion to suspend

deadlines [29], it is

ORDERED that the motion to amend complaint [27] is granted and the first

amended complaint attached thereto is accepted for filing.  It is

FURTHER ORDERED that DISH is granted an extension of time in which to file

its Answer up to and including the date on which the new parties will be required to file

Answers.  It is

FURTHER ORDERED that the deadlines currently set forth in the Scheduling

Order [23] are suspended and counsel will work with the new parties on a new

scheduling order to be submitted to the Court for approval.

Dated:    May 5th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge