IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02535-RPM

CANAL UNO TV - RELAD, S.A., an Ecuadorian Corporation,

    Plaintiff,

v.

DISH NETWORK, LLC, A Colorado Limited Liability Company, and
DISH NETWORK CORPORATION, a Nevada Corporation,
MEDIA WORLD, LLC;
TELEAMAZONAS INTERNATIONAL, LLC; and
ROGER HUGUET,

    Defendants.

---

## ORDER DENYING MOTIONS TO DISMISS

---

On July 2, 2010, defendants Media World, LLC, TeleAmazonas International, LLC, and Roger Huguet filed a motion to dismiss the claims made against them in the first amended complaint, filed May 5, 2010. Dish Network, LLC, and Dish Network Corporation filed a motion to dismiss the fourth claim relief of the first amended complaint, claiming a civil conspiracy, as to it. These motions have been fully briefed. Upon review of the allegations of the first amended complaint, the Court finds that the factual allegations are sufficient to allege plausible claims, contrary to the assertion of these motions made under Fed.R.Civ.P. 12(b)(6). Accordingly, it is

    ORDERED that the motions to dismiss are denied.

    Dated:    August 18th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge