IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02535-RPM

CANAL UNO TV - RELAD, S.A., an Ecuadorian Corporation,

    Plaintiff,

v.

DISH NETWORK, LLC, a Colorado Limited Liability Company;
DISH NETWORK CORPORATION, a Nevada Corporation;
MEDIA WORLD, LLC;
TELEAMAZONAS INTERNATIONAL, LLC; and
ROGER HUGUET,

    Defendants.

---

## ORDER FOR SUPPLEMENTAL SCHEDULING CONFERENCE

A scheduling order was entered in this matter on March 2, 2010, prior to the joinder of defendants Media World, LLC, TeleAmazonas International, LLC, and Roger Huguet in the first amended complaint. The motions to dismiss of the additional defendants has now been denied. The deadlines in the scheduling order were suspended in this Court's order of May 5, 2010, granting the motion to amend the complaint. It is apparent that a new scheduling conference should be convened to address changes in the scheduling order that may be appropriate. It is therefore

ORDERED that a scheduling conference will be convened on **October 22, 2010, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures)

and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 14, 2010.**

The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

Dated: August 18th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge