IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02535-RPM

CANAL UNO TV - RELAD, S.A., an Ecuadorian Corporation and
CANAL UNO INTERNATIONAL LLC as additional Counterclaim Defendant,

      Plaintiffs,

v.

DISH NETWORK, LLC, A Colorado Limited Liability Company, and
DISH NETWORK CORPORATION, a Nevada Corporation,
MEDIA WORLD, LLC;
TELEAMAZONAS INTERNATIONAL, LLC; and
ROGER HUGUET,

      Defendants.

---

ORDER FOR FILING AMENDED ANSWER AND COUNTERCLAIM ADDING AS
ADDITIONAL COUNTERCLAIM DEFENDANT

---

After review of the Unopposed Motion for Leave to File Amended Answer and Counterclaim, filed January 14, 2011 [68], it is

ORDERED that the motion is granted and Media World Defendants' Amended Answer and Counterclaim attached as document [68-1] is accepted as filed today. The caption of this case is changed as shown in this order.

Dated: January 18th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge