IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02535-RPM

CANAL UNO TV - RELAD, S.A., an Ecuadorian Corporation,

    Plaintiff,

v.

DISH NETWORK, LLC, a Colorado Limited Liability Company;
DISH NETWORK CORPORATION, a Nevada Corporation;
MEDIA WORLD, LLC;
TELEAMAZONAS INTERNATIONAL, LLC; and
ROGER HUGUET,

    Defendants.

---

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed an Amended Stipulated Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

DATED: May 2nd, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge