IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02535-RPM-BNB

CANAL UNO TV — RELAD, S.A., an Ecuadorian Corporation,
CANAL UNO INTERNATIONAL LLC, as additional Counterclaim Defendant,

        Plaintiffs,

v.

DISH NETWORK, LLC, a Colorado Limited Liability Company;
DISH NETWORK CORPORATION, a Nevada Corporation;
MEDIA WORLD, LLC, a Florida Limited Liability Company;
TELEAMAZONAS INTERNATIONAL LLC, a Florida Limited Liability Company;
ROGER HUGUET, an individual,

        Defendants.

**ORDER DISMISSING MEDIA WORLD, LLC, TELEAMAZONAS INTERNATIONAL, LLC, AND ROGER HUGUET ONLY, WITH PREJUDICE**

        After review of the Motion to Dismiss Media World, LLC, TeleAmazonas International, LLC, and Roger Huguet only, With Prejudice filed November 16, 2011 [dkt 96], it is ORDERED that the motion is GRANTED.

        IT IS ORDERED that all claims asserted against Defendants Media World, LLC, TeleAmazonas International, LLC, and/or Roger Huguet only are dismissed with prejudice, each party to pay its own costs and attorney fees.

        IT IS FURTHER ORDERED that all claims asserted by Defendants Media World, LLC, TeleAmazonas International, LLC, and/or Roger Huguet only against Plaintiff Canal Uno TV – Relad, S.A. and Counterclaim Defendant Canal Uno International LLC are dismissed with prejudice, each party to pay its own costs and attorney fees.

17818037v1

Dated November 18th, 2011.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch Senior District Judge