IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-02535-RPM-BNB

CANAL UNO TV - RELAD, S.A., an Ecuadorian Corporation and
CANAL UNO INTERNATIONAL LLC as additional Counterclaim Defendant,

      Plaintiffs,

v.

DISH NETWORK, LLC, A Colorado Limited Liability Company, and
DISH NETWORK CORPORATION, a Nevada Corporation,
MEDIA WORLD, LLC; a Florida Limited Liability Company,

      Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      The Court having determined that a pretrial conference should now be

scheduled, it is

      ORDERED that a pretrial conference is scheduled for **March 16, 2012, at 11:00**

**a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with

the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial

Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **March 8, 2012.**  The conference is conducted with lead counsel present in person.

No parties or representatives of parties will be permitted to attend.

DATED:   January 31st, 2012

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge