IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-2535-RPM-BNB

CANAL UNO TV - RELAD, S.A., An Ecuadorian Corporation, and
CANAL UNO INTERNATIONAL LLC, as an additional Counterclaim Defendant,

    Plaintiff,

v.

DISH NETWORK, L.L.C., a Colorado Limited Liability Company;
DISH NETWORK CORPORATION, a Nevada Corporation,
MEDIA WORLD, LLC,
TELEAMAZONAS INTERNATIONAL, LLC, and
ROGER HUGUET,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

Upon consideration of the Stipulated Motion to Dismiss With Prejudice filed by Plaintiff Canal Uno TV - Relad, S.A., Counterclaim Defendant Canal Uno International LLC (together, "Canal Uno"), and Defendants DISH Network L.L.C. and DISH Network Corporation (together, "DISH"), it is

ORDERED that all claims and counterclaims by and between Canal Uno and DISH are dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: March 1st, 2012.

                                                  BY THE COURT:
                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge

18437325v1